UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 6, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JULIAN JUAN MIGUEL, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1956(a)(3)(B) |
| Defendant. | : | (Money Laundering) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 982(a)(1); and |
| | : | 21 U.S.C. § 853(p) |
| | : | |
| | : | **UNDER SEAL** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about January 31, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendant **JULIAN JUAN MIGUEL**, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, to wit, drug trafficking, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person acting at the direction of, or with the approval of a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit, drug trafficking, and property used to conduct and facilitate specified unlawful activity, to wit, drug trafficking.

(**Money Laundering**, in violation of Title 18, United States Code, Section 1956(a)(3)(B))

## COUNT TWO

On or about March 7, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendant **JULIAN JUAN MIGUEL**, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, to wit, drug trafficking, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person acting at the direction of, or with the approval of a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit, drug trafficking, and property used to conduct and facilitate specified unlawful activity, to wit, drug trafficking.

(**Money Laundering**, in violation of Title 18, United States Code, Section 1956(a)(3)(B))

## COUNT THREE

On or about March 27, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendant **JULIAN JUAN MIGUEL**, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, to wit, drug trafficking, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person acting at the direction of, or with the approval of a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit, drug trafficking, and property used to conduct and facilitate specified unlawful activity, to wit, drug trafficking.

(**Money Laundering**, in violation of Title 18, United States Code, Section 1956(a)(3)(B))

## COUNT FOUR

On or about May 22, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendant **JULIAN JUAN MIGUEL**, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, to wit, drug trafficking, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person acting at the direction of, or with the approval of a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit, drug trafficking, and property used to conduct and facilitate specified unlawful activity, to wit, drug trafficking.

(**Money Laundering**, in violation of Title 18, United States Code, Section 1956(a)(3)(B))

## COUNT FIVE

On or about May 30, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendant **JULIAN JUAN MIGUEL**, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, to wit, drug trafficking, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person acting at the direction of, or with the approval of a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit, drug trafficking, and property used to conduct and facilitate specified unlawful activity, to wit, drug trafficking.

(**Money Laundering**, in violation of Title 18, United States Code, Section 1956(a)(3)(B))

## COUNT SIX

On or about July 25, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendant **JULIAN JUAN MIGUEL**, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, to wit, drug trafficking, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person acting at the direction of, or with the approval of a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit, drug trafficking, and property used to conduct and facilitate specified unlawful activity, to wit, drug trafficking.

(**Money Laundering**, in violation of Title 18, United States Code, Section 1956(a)(3)(B))

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Count One through Count Six, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in these offenses, or any property traceable to such property. The United States will seek forfeiture of the following specific property: Any and all funds on deposit in Wells Fargo Bank account number 3657438846 held in the name of Best Global Entertainment, Inc. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, involved in these offenses, or any property traceable to such property.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

*Timothy J. Shea* 2c
Attorney of the United States in
and for the District of Columbia.